UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONNA ROBERDS                                                                                          PLAINTIFF

v.                                            No. 2:21-CV-02055

HOOD & STACY, P.A.                                                                                DEFENDANT

## ORDER

Before the Court is Plaintiff's motion (Doc. 9) to dismiss the case with prejudice. The motion represents the parties have settled Plaintiff's claims. Rule 41(a)(2) of the Federal Rules of Civil Procedure provides "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Plaintiff's motion to dismiss will be granted.

IT IS THEREFORE ORDERED that the motion (Doc. 9) to dismiss is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 3rd day of May, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE